UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 13-32662-DHW
                                                         Chapter 13
GARRIS JEAN WELCH,
KENDAL G MCGINTY,

    Debtors.

ORDER GRANTING MOTION
ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 51) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtors in payments under the confirmed chapter 13 plan.

The motion came on for hearing on October 19, 2015, by which time the debtors had not cured the default. Counsel for the debtors could offer no defense. Accordingly, it is

ORDERED that the Motion is GRANTED and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 19th day of October, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
   Richard D. Shinbaum, Attorney for Debtors
   Curtis C. Reding, Trustee
   All Creditors